**SYNTEX (U.S.A.) LLC, and Allergan, Inc., Plaintiffs–Appellees,**

v.

**APOTEX, INC., Apotex Corp., and Novex Pharma, Defendants–Appellants.**

**No. 2006–1495.**

United States Court of Appeals, Federal Circuit.

April 9, 2007.

Before RADER, GAJARSA, and PROST, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.* *See* Fed. Cir. R. 36.